GALLEGO LAW FIRM, P.C.
RAFAEL F. GALLEGO, ESQ.
1016 E. Pennsylvania Street, Suite 308
Tucson, Arizona 85714
Phone No.(520) 882-8300 Fax (520) 623-9694
Az Bar No. 013726
Attorney for: Claimant Humberto Jimenez

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN THE MATTER OF:<br><br>2008 FORD F-250<br>VIN: 1FTSW21R18EB02549<br>SEIZED ON: 2/12/2018<br>SEIZED AT: Nogales, Arizona<br>JUDICIAL DISTRICT: District of Arizona | Case No. 2018 2604-000238-01<br><br>CLAIM FOR RETURN OF PROPERTY AND REQUEST FOR JUDICIAL PROCEEDINGS |
|---|---|

Claimant, Humberto Jimenez, by and through counsel, Rafael F. Gallego, duly authorized to make this claim, being first duly sworn upon his oath and affirmation, hereby claims an interest for himself in the property set forth below and listed in the Notice of Seizure as follows:

**2008 FORD F-250; VIN: 1FTSW21R18EB02549**

Claimant, as owner herein, hereby claims any and all property which was seized as a result of the above-referenced Notice of Seizure.

## **SPECIFIC PROVISIONS OF THIS CLAIM**

**I.**

This Claim is filed pursuant to pursuant to 18 U.S.C. § 983 et. seq., all applicable CFR's and all applicable federal and state laws and without prejudice to claimant initiating a civil damage action against the government or its agents at a later date relating to the seizure of Claimant's property.

**II.**

Humberto Jimenez, without waiving any of her rights under the United States Constitution or the Arizona state constitution, claims his interest in the property in his capacity as an innocent owner through his sole property interest in the res of this action. Claimant asserts that his interest is not subject to forfeiture by virtue of any federal or state law or regulation because he acquired his interest prior to any conduct giving rise to forfeiture and he was unaware of any act or omission that would give rise to forfeiture.

**III.**

The Claimant will accept future mailings from the Court or attorneys for government through his attorney, Rafael F. Gallego, Gallego Law Firm, P.C., 1016 E. Pennsylvania Street, Suite 308, Tucson, Arizona, 85714.

**IV.**

The Claimant obtained his interest in the property in a mode, manner and under circumstances which do not render it subject to forfeiture. The **2008 FORD F-250;VIN: 1FTSW21R18EB02549** was obtained through lawful and legitimate means and Claimant

hereby makes this claim so as to protect his interest in the subject property and by making said claim does not waive any right guaranteed by the United States Constitution or the Arizona state constitution.

Claimant obtained his interest in the above described property by purchasing the vehicle from Horne Ford Dealership located in Nogales, Arizona on or about February, 2007. Claimant purchased the vehicle for the purchased price of $46,000, paying an initial down payment of $15,000, and financing the rest through Horne Ford Finance. Claimant obtained the down payment from savings he had from his employment in his stucco business. Claimant made monthly payment on the vehicle until finally paying it off on or about 2015.

## CHALLENGES TO FORFEITURE PROCEEDINGS

### V.

Claimant states that the claimed property is not subject to forfeiture.

### VI.

Claimant did not possess this property as proceeds of any illicit or illegal activity nor was the vehicle going to be used for the commission of any illegal or prohibited act. Moreover, the government is in violation of the dictates of the U.S. Supreme Court recent decision in *Cuellar v. United States,* 128 S.Ct. 1994 (2008). The Government will not meet its burden to support any assertion that the listed property is subject to forfeiture and to the extent that the forfeiture laws may impose any burden of proof or persuasion upon the Claimant, those provisions are unlawful and unconstitutional.

## VII.

The Notice of Seizure provides inadequate notice to potential claimant of a violation of law justifying pre-judgement seizure and potential forfeiture.

## **RELIEF**

## VIII.

CLAIMANT PRAYS FOR THE FOLLOWING RELIEF:

1.  That the all seized property be returned forthwith;

2.  That Claimant be awarded any damages under the circumstances, including costs and attorneys' fees; and

3.  For such other and further relief as the Claimant may be entitled to as it may determined to be just and fair under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct this 20th day of August, 2018.

*Humberto Jimenez*
HUMBERTO JIMENEZ

STATE OF ARIZONA    )
                    ) ss.
COUNTY OF PIMA      )

The foregoing Claim and Request for Judicial Proceedings was subscribed and sworn to before me this 20th day of August 2018, under penalty of perjury, by HUMBERTO JIMENEZ

Mary Irma Ortiz
Notary Public - Arizona
Pima County
My Commission Expires
August 5, 2019

Notary Public

My Commission Expires:

August 5, 2019

GALLEGO LAW FIRM, P.C.

By: _____
RAFAEL F. GALLEGO
Attorney for Claimant

COPY of the foregoing mailed/delivered this day to:

United States Attorney's Office
405 W. Congress St., Ste. 4800
Tucson, Arizona 85701
Attorney for the Government

United States Department of Justice
Fines, Penalties & Forfeiture Office
U.S. Customs and Border Protection
9 North Grand Avenue
Nogales, Arizona 85621

5